JUDGE KAPLAN

07 CIV 7431

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA NATIONAL CHARTERING CORP.,          :

              Plaintiff,          :          ECF CASE

- against -          :

ALEXANDRIA NATIONAL IRON & STEEL          :
CO. SAE a/k/a ALEXANDRIA NATIONAL
IRON & STEEL CO.,          :

              Defendant.          :
------------------------------------------------------------X

RECEIVED AUG 2 1 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: August 21, 2007
      New York, NY

                                The Plaintiff,
                                CHINA NATIONAL CHARTERING CORP.

                                By: _____
                                Kevin J. Lennon (KL 5072)
                                Charles E. Murphy (CM 2125)
                                Lennon, Murphy & Lennon, LLC
                                The GrayBar Building
                                420 Lexington Avenue, Suite 300
                                New York, NY 10170
                                (212) 490-6050 (Phone)
                                (212) 490-6070  (Fax)
                                kjl@lenmur.com
                                cem@lenmur.com