CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CHINA NATIONAL CHARTERING CORP.,           :
                                                                            :
                                                                            :
                                        Plaintiff,             :       **07-CV-7431**
                                                                            :
                          v.                                      :       **NOTICE OF**
                                                                            :       **APPEARANCE**
ALEXANDRIA NATIONAL IRON & STEEL     :
CO. SAE a/k/a ALEXANDRIA NATIONAL     :
IRON & STEEL CO.,                                      :
                                                                            :
                                        Defendants.       :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
            August 24, 2007

                                                            CLARK, ATCHESON & REISERT
                                                            Attorneys for Garnishee
                                                            Societe Generale New York Branch

                            By:     _____
                                                            Richard J. Reisert (RR-7118)
                                                            7800 River Road
                                                            North Bergen, NJ  07047
                                                            Tel: (201) 537-1200
                                                            Fax: (201) 537-1201
                                                            Email:  reisert@navlaw.com