CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHINA NATIONAL CHARTERING CORP.,        :
                                        :
                                        :
                Plaintiff,              :     07-CV-7431
                                        :
        v.                              :
                                        :
ALEXANDRIA NATIONAL IRON & STEEL        :
CO. SAE a/k/a ALEXANDRIA NATIONAL       :
IRON & STEEL CO.,                       :
                                        :
                Defendants.             :
-----------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated August 23, 2007, and served upon Garnishee Societe Generale New York Branch on August 23, 2007, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not

indebted to the defendant(s) and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the defendant(s), including monies being electronically transferred by, to or for the benefit of the defendant(s).

Dated: North Bergen, New Jersey
       September 12, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

By:   _____
        Richard J. Reisert (RR-7118)
        7800 River Road
        North Bergen, NJ 07047
        Tel: (201) 537-1200
        Fax: (201) 537-1201
        Email: reisert@navlaw.com

TO:   CLERK OF THE COURT

       LENNON, MURPHY & LENNON, LLC (Via Email)
       Attorneys for Plaintiff

# VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Steven P. Heineman, being duly sworn, deposes and says as follows:

I am the Acting General Counsel for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-7431 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

_____
Steven P. Heineman

Sworn to before me on
September 12, 2007.

_____
Notary Public

AGNES M. McLOUGHLIN
Notary Public, State of New York
No. 24-4761446
Qualified in Kings County
Commission Expires November 30, 20__