```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CHINA NATIONAL CHARTERING CORP.,          :      07cv7431 (LAK)

          Plaintiff,                      :      ECF CASE

  - against -                                           :

ALEXANDRIA NATIONAL IRON & STEEL         :
CO. SAE a/k/a ALEXANDRIA NATIONAL
IRON & STEEL CO.,                                    :

          Defendant.                      :
------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: November 26, 2007
      New York, New York

                                     The Plaintiff,
                                     CHINA NATIONAL CHARTERING CORP.

                                     By: _____
                                     Kevin J. Lennon
                                     LENNON, MURPHY & LENNON, LLC
                                     The GrayBar Building
                                     420 Lexington Ave., Suite 300
                                     New York, NY 10170
                                     (212) 490-6050
                                     (212) 490-6070 fax
                                     kjl@lenmur.com

_____
U.S.D.J.
11/28/07